UNITED STATES DISTRICT COURT

Northern District of California

SHANNON O. MURPHY,

                Plaintiff(s),                No. C 09-03113 MEJ

  v.

U.S.POSTAL SERVICE,                     **ORDER TO SHOW CAUSE**

                Defendant(s).
_____/

On July 9, 2009, Plaintiff Shannon O. Murphy filed the above-captioned matter, as well as an Application to Proceed In Forma Pauperis. Since that time, the Court has issued two orders for Plaintiff to consent or decline magistrate judge jurisdiction, yet Plaintiff has made no further appearance since filing the original complaint. Accordingly, the Court hereby ORDERS Plaintiff Shannon O. Murphy to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by October 1, 2009, and the Court shall conduct a hearing on October 8, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 18, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge