IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANNON O MURPHY,      No   C 09-3113 VRW

    Plaintiff,     ORDER

    v

UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

    Magistrate Judge James issued a report and recommendation that the above-captioned case be dismissed pursuant to FRCP 41(a), as plaintiff has failed to respond to several court orders and failed to appear at an order to show cause hearing.  Doc #7.  The time period to object to the report and recommendation has now expired, and no objections have been filed.  Because it appears that dismissal is appropriate for the reasons explained in Judge James' order, the court adopts her report and recommendation.

    The matter is hereby DISMISSED.  The clerk is directed to terminate all motions and close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge